## CERTIFICATE OF SERVICE

I, Jesse A. Cripps, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071 in said County and State.

I hereby certify that on December 6, 2017, the Status Report Regarding Stay of Proceedings, and all documents filed therewith, were electronically transmitted to the Clerk of the Court using the CM/ECF System. All attorneys who have made appearances are registered CM/ECF users and will receive service via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 6, 2017

By:  /s/ Jesse A. Cripps
      Jesse A. Cripps

Gibson, Dunn & Crutcher LLP