**CERTIFICATE OF SERVICE**

I, Jesse A. Cripps, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071 in said County and State.

I hereby certify that on June 21, 2018, the Stipulation Regarding Dismissal, and all documents filed therewith, were electronically transmitted to the Clerk of the Court using the CM/ECF System. All attorneys who have made appearances are registered CM/ECF users and will receive service via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 21, 2018

By: /s/ Jesse A. Cripps
      Jesse A. Cripps

Gibson, Dunn & Crutcher LLP